OPINION — AG — 39 O.S.H. 241(A) AUTHORIZES A COUNTY COURT TO TRANSFER A MISDEMEANOR CASE, WHICH HAS BEEN APPEALED FROM A FINAL JUDGEMENT OF A JUSTICE OF THE PEACE COURT, TO THE DISTRICT COURT OF THE COUNTY FOR TRIAL BY SAID DISTRICT COURT, AND THAT SAID TRIAL IN THE DISTRICT COURT IS TO BE IN THE EXERCISE OF THE APPELLATE JURISDICTION OF THE DISTRICT COURT. CITE: 39 O.S.H. 581, ARTICLE VII, SECTION 10, ARTICLE VII, SECTION 12, ARTICLE VII, SECTION 18 (JAMES GARRNETT)